# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2008 MAR -4 A 11: 39

CLERK _B McCarthy_
SO. DIST. OF GA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Charles Eric Gilliam ) | Case No: CR101-00004-001 |
| ) | USM No: 51857-021 |
| Date of Previous Judgment: March 16, 2001 ) | Donald White |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _108_ months **is reduced to** _time served_.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  _31_         Amended Offense Level:  _29_
Criminal History Category:  _III_         Criminal History Category:  _III_
Previous Guideline Range:  _135_ to _168_ months     Amended Guideline Range:  _108_ to _135_ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated _March 16, 2001_ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _March 4, 2008_

_____
Judge's signature

Dudley H. Bowen, Jr.
United States District Judge

Effective Date: _March 14, 2008_
(if different from order date)                 Printed name and title